# EXHIBIT F

STAY

# U.S. District Court
## Northern District of Alabama (Southern)
### CIVIL DOCKET FOR CASE #: 2:06-cv-00569-SLB

Wesley v. Eli Lilly and Company et al
Assigned to: Judge Sharon Lovelace Blackburn
Cause: 28:1446pl Petition for Removal - Product Liability

Date Filed: 03/23/2006
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Crystal Wesley**                          represented by  **Timothy C Davis**
                                                            HENINGER GARRISON DAVIS LLC
                                                            2224 First Avenue North
                                                            PO Box 11310
                                                            Birmingham, AL 35202
                                                            205-326-3336
                                                            Fax: 205-326-3332
                                                            Email: ldaniel@hgdlawfirm.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **W Lewis Garrison, Jr**
                                                            HENINGER GARRISON & DAVIS LLC
                                                            2224 First Avenue North
                                                            Birmingham, AL 35203
                                                            205-326-3336
                                                            Fax: 205-326-3332
                                                            Email: wlgarrison@hgdlawfirm.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **William L Bross, IV**
                                                            HENINGER GARRISON & DAVIS LLC
                                                            2224 First Avenue North
                                                            PO Box 11310
                                                            Birmingham, AL 35202
                                                            205-326-3336
                                                            Fax: 205-326-3332
                                                            Email: wlbross@gsattys.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

V.

**Defendant**

Eli Lilly and Company                    represented by   **Alan Daniel Mathis**
                                                          JOHNSTON BARTON PROCTOR &
                                                          POWELL LLP
                                                          AmSouth Harbert Plaza, Suite 2900
                                                          1901 6th Avenue North
                                                          Birmingham, AL 35203-2618
                                                          458-9400
                                                          Email: adm@jbpp.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **James C Barton, Jr**
                                                          JOHNSTON BARTON PROCTOR &
                                                          POWELL LLP
                                                          AmSouth Harbert Plaza, Suite 2900
                                                          1901 6th Avenue North
                                                          Birmingham, AL 35203-2618
                                                          458-9400
                                                          Email: jbartonjr@jbpp.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

Mary V. Green                            represented by   **Alan Daniel Mathis**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **James C Barton, Jr**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/23/2006 | 1 | NOTICE OF REMOVAL by Eli Lilly and Company from the Jeffeson County Circuit Court, case number CV-06-1197. ( Filing fee $ 250.00, receipt # 200 224545 ) with copy of summons and complaint attached (KSS, ) (Entered: 03/23/2006) |
| 03/23/2006 | 2 | ANSWER to Complaint (Notice of Removal) with jury demand by Eli Lilly and Company. (KSS, ) (Entered: 03/23/2006) |
| 03/23/2006 | 3 | ANSWER to Complaint (Notice of Removal) with jury demand by Mary V. Green. (KSS, ) (Entered: 03/23/2006) |
| 03/23/2006 | 4 | MOTION to Stay all Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation by Eli Lilly and Company. (KSS, ) (Entered: 03/23/2006) |

| 03/23/2006 | 5 | Brief Memorandum in support of 4 MOTION to Stay all Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation filed by Eli Lilly and Company. (KSS, ) (Entered: 03/23/2006) |
| --- | --- | --- |
| 03/23/2006 | 6 | NOTICE of Corporate Disclosure by Eli Lilly and Company. (KSS, ) (Entered: 03/23/2006) |
| 03/27/2006 |   | ORDER granting 4 Motion to Stay. Signed by Judge Sharon Lovelace Blackburn on 03/27/2006. (SDB, ) (Entered: 03/27/2006) |

| PACER Service Center ||||
| --- | --- | --- | --- |
| Transaction Receipt ||||
| 03/29/2006 15:43:31 ||||
| PACER Login: | jb0116 | Client Code: | 2046-27 |
| Description: | Docket Report | Search Criteria: | 2:06-cv-00569-SLB |
| Billable Pages: | 1 | Cost: | 0.08 |