# EXHIBIT N

**FILED**
IN CLERK'S OFFICE
UNITED STATES DISTRICT COURT  U.S. DISTRICT COURT, E.D.N.Y.
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------X ★ JAN 1 1 2005 ★

BROOKLYN OFFICE

IN RE- ZYPREXA LITIGATION                                ORDER
                                                         04 MD 1596 (JBW)

-----------------------------------------------X

 

It is expected that all discovery to date will be shared by past and incoming parties

without the need for duplication.

 

 

                                        s/Jack B. Weinstein
                                        JACK B. WEINSTEIN
                                        SR. UNITED STATES DISTRICT JUDGE

DATED:1/5/05

