IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| ANDREA HOLIFIELD, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PETER LUSCHE, M.D., et al., )<br>)<br>Defendant. )<br>) | CASE NO. 3:06-cv-00482-VPM |

**MOTION TO REMAND**

COMES NOW the defendant, identified in the Complaint as Peter Lusche, M.D., and moves this Court to remand this action to the Circuit Court of Lee County, Alabama. As grounds for this motion, this defendant shows unto the Court the following:

1. This defendant is an individual resident citizen of the State of Alabama.

2. This defendant did not consent to the removal of this action by Eli Lilly & Company.

3. This Court has no jurisdiction over this defendant.

        s/Michael K. Wright
        Michael K. Wright    WRI005
        Attorney for Peter Lusche, M.D.

OF COUNSEL:
STARNES & ATCHISON LLP
Seventh Floor, 100 Brookwood Place
Post Office Box 598512
Birmingham, Alabama, 35259-8512
(205) 868-6000

{B0601661}

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

David P. Matthews, Esq.
Abraham Watkins Nichols Sorrels
  Matthews & Friend
800 Commerce Street
Houston, TX  77002

Joseph Luther Tucker, Esq.
Jackson & Tucker, PC
2229 First Avenue North
Birmingham, AL  35203-4203

Alan Daniel Mathis, Esq.
James C. Barton, Jr., Esq.
Johnston, Barton, Proctor & Powell
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL  35203-2618

    Respectfully submitted,

    s/Michael K. Wright
    Michael K. Wright
    Attorney for Peter Lusche, M.D.
    Bar No.:  ASB-6338-G40M
    Starnes & Atchison, LLP
    P.O. Box 598512
    Birmingham, AL  35259
    Telephone:  205.868.6000
    Facsimile:  205.868.6099
    E-mail:  MWright@starneslaw.com

{B0601661}