**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                          TELEPHONE (334) 954-3600

June 6, 2006

# NOTICE OF REASSIGNMENT

Re:   Andrea Holifield v. Eli Lilly and Company, et al.
      Civil Action No. #3:06-cv-00482-VPM

The above-styled case has been reassigned to Judge Myron H. Thompson.

Please note that the case number is now #3:06-cv-00482-MHT. This new case number should be used on all future correspondence and pleadings in this action.