IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| ANDREA HOLIFIELD,            ) | |
| )  | |
|    Plaintiff,               ) | |
| )  | CIVIL ACTION NO. |
| v.                           ) | 3:06cv482-MHT |
| )  | |
| ELI LILLY and COMPANY,       ) | |
| a corporation, and           ) | |
| PETER LUSCHE, M.D.,          ) | |
| )  | |
|    Defendants.              ) | |

## ORDER

It is ORDERED that the motion to stay (doc. no. 4) and motion to remand (doc. no. 6) are set for submission, without oral argument, on June 23, 2006, with all briefs due by said date.

DONE, this the 7th day of June, 2006.

                          /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE