**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                              TELEPHONE (334) 954-3600

June 8, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   Holifield v. Eli Lilly and Company et al**
**Case Number:   3:06-cv-00482-MHT**

**This Notice of Correction was filed in the referenced case this date to furnish attorney Michael Wright with PDF documents representing Docket Entries [7] & [8] not previously E-noticed due to error.**

**The PDF documents are attached to this notice for your review.**