IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ANDREA HOLIFIELD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CASE NO. 3:06-cv-00482-MHT-VP |
| | § | |
| ELI LILLY AND COMPANY, et al, | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF'S JOINDER IN DEFENDANT PETER LUSCHE'S MOTION TO QUASH CROSS-NOTICE OF DEPOSITION OF KEN KWONG AND MOTION FOR PROTECTIVE ORDER

For the reasons stated therein, Plaintiff[1] joins and supports Defendant Peter Lusche's previously filed Motion to Quash the Cross-Notice of the Deposition of Ken Kwong and Motion for Protective Order. Plaintiff incorporates by reference as if set forth in full all arguments and authorities set forth in Defendant's motion and prays that all relief sought therein be granted.

This the 9th day of June, 2006.

---

[1] This joinder is not intended to waive Plaintiff's right to remand based on lack of diversity jurisdiction and is expressly subject to that right.

Respectfully Submitted,

_____
JOSEPH L. TUCKER
Bar No. (TUC033)

JACKSON & TUCKER, P.C.
Black Diamond Building
2229 First Avenue North
Birmingham, AL 35203
Telephone: (205) 252-3535
Facsimile: (205) 252-3536

## CERTIFICATE OF SERVICE

I, Joseph L. "Josh" Tucker, one of the attorneys for Plaintiffs, do hereby certify that I caused the foregoing document to be electronically filed with the Clerk of the Court using the ECF system which sent notification of such filing to the following counsel:

James C. Barton, Jr., Esq.
Alan D. Mathis
JOHNSON BARTON PROCTOR & POWELL, LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203
205-458-9441
205-458-9400 (fax)
jbartonjr@jbpp.com
adm@jbpp.com

George Edwin Newton, II
Michael Kevin Wright
STARNES & ATCHISON
PO Box 598512
Birmingham, AL 35259-8512
205-868-6000
205-868-6099 (fax)
gen@starneslaw.com
mkw@starneslaw.com

David P. Matthews, Esq.
Julie L. Rhoades, Esq.
ABRAHAM, WATKINS, NICHOLS,
SORRELS, MATTHEWS & FRIEND
800 Commerce Street
Houston, TX 77022
713-222-7211
713-225-0827 (fax)
dmatthews@abrahamwatkins.com
jrhoades@abrahamwatkins.com

I further certify that I have caused a true and correct copy of the foregoing to be forwarded via United States mail, postage prepaid, to any of the above who were not served via ECF notification.

DATED: June 9, 2006.

_____
Joseph L. Tucker