IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANDREA HOLIFIELD, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO.: 3:06-cv-482-MHT |
| ELI LILLY AND COMPANY et al., | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to the provisions of Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal without prejudice of the above-styled action, with each party to bear its own costs.

Respectfully submitted, this the 22nd day of June, 2006.

_____
Joseph L. Tucker, Esq.
Attorney for Plaintiff
JACKSON & TUCKER, P.C.
Black Diamond Building
2229 First Avenue North
Birmingham, Alabama 35203
Telephone: 205-252-3535
Facsimile: 205-252-3536
Email: josh@jacksonandtucker.com

_____
Alan D. Mathis, Esq.
Attorney for Eli Lilly and Company
JOHNSTON BARTON
PROCTOR & POWELL LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203
Telephone: 205-458-9475
Facsimile: 205-458-9500
Email: adm@jbpp.com

_____ /for
Michael K. Wright, Esq.
Attorney for Peter Lusche, M.D.
STARNES & ATCHISON, LLP
P.O. Box 598512
Birmingham, Alabama 35259
Telephone: 205-868-6000
Facsimile: 205-868-6099
Email: MWright@starneslaw.com