IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| ANDREA HOLIFIELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:06cv482-MHT |
| | ) | (WO) |
| ELI LILLY and COMPANY, | ) | |
| a corporation, and | ) | |
| PETER LUSCHE, M.D., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

Pursuant to the joint stipulation for dismissal (doc. no. 14), it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) This cause is dismissed without prejudice, with the parties to bear their own costs.

(2) All outstanding motions are denied as moot.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 26th day of June, 2006.**

                                    /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**