A CERTIFIED TRUE COPY

JUL - 5 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

RECEIVED

2006 JUL 11  A 11: 14

U.S. DISTRICT COURT CLK

**DOCKET NO. 1596**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL - 5 2006

FILED
CLERK'S OFFICE.

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

*Andrea Holifield v. Eli Lilly & Co., et al.*, M.D. Alabama, C.A. No. 3:06-482

## ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action *(Holifield)* on June 16, 2006. The Panel has now been advised that *Holifield* was dismissed in the Middle District of Alabama by the Honorable Myron H. Thompson in an order filed on June 26, 2006.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-54" filed on June 16, 2006, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel